IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 12-cv-01881-JLK

**SILVANO SERRANO ZEFERINO,**

    Plaintiff,

v.

**JAMES CRAIG RANCH CO.,**
**HIGH CANYON ADVENTURES, LLC,**
**CRAIG BAIR,**
**DORIS BAIR, and**
**JASON BAIR,**

    Defendants.

---

**ORDER GRANTING STIPULATED JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST ALL DEFENDANTS**

---

Kane, J.

This matter is before the Court upon Plaintiff Silvano Serrano Zeferino's and and Defendants James Craig Ranch Co., High Canyon Adventures, LLC, Craig and Stipulated Joint Motion for Dismissal with Prejudice of Plaintiff's Claims Against All Defendants (doc. #19), filed July 18, 2013, and after a review of the file and motion, it is

**ORDERED** that the parties' Stipulated Joint Motion for Dismissal with Prejudice of Plaintiff's Claims Against All Defendants is **GRANTED.** Plaintiff's claims are **DISMISSED WITH PREJUDICE**, each party to bear his or her or its own costs and fees.

    Dated :  July 18, 2013

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court